

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-16-00707-CV

Stephen **WELLINGTON**,
Appellant

v.

Carrie Lynn **WELLINGTON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1769-CV
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

Stacy E. Goodbread, counsel for appellee, has filed a motion to withdraw, and appellee has not objected to the motion. The motion is granted. We order Stacy E. Goodbread to immediately notify appellee, in writing, of this order in compliance with Texas Rule of Appellate Procedure 6.5(c) and to file a copy of that notice with the clerk by **July 28, 2017**. *See* TEX. R. APP. P. 6.5(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk